EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA
SC2021CV001233
SEP 27, 2021 10:43 AM

Danielle F. Forte, Clerk
Muscogee County, Georgia

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRETT MILAM, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION FILE |
| v. | * |
| | * NO. _____ |
| WERNER ENTERPRISE, INC. & | * |
| JOHN DOE, | * |
| | * |
| Defendants. | * |

### AMENDED COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, by and through undersigned counsel, and files this, his Complaint for Damages, respectfully showing the Court as follows: Plaintiff hereby amends his Complaint pursuant to Rule 15(c) by correcting defendants name from Werner Trucking Company to Werner Enterprise, Inc.

### PARTIES AND JURISDICTION

1.

Plaintiff is a resident of Muscogee County, Georgia.

2.

Defendant is located in Georgia, and may be served at their last known address. Corporate Creations Network, Inc. 2985 Gordy Parkway, 1st Floor, Marietta, 30006.

3.

Jurisdiction is proper.

4.

Venue is proper.

[1]

EXHIBIT A

## FACTS

5.

On or about March 16, 2021, Plaintiff was traveling east on Veterans Memorial Hwy in Cobb County, Georgia and was traveling in the right lane.

6.

At approximately the same time and place, Defendant turned east from Riverview Drive onto Veterans Memorial Highway in Cobb County, Georgia and began to travel in the left lane.

7.

Upon approaching Plaintiff, Defendant suddenly, negligently, and without warning traveled from the left lane to the right lane into the same lane as the Plaintiff, crashing into the front-left of Plaintiff's vehicle and causing the Plaintiff to crash into the curb on the right side of the road.

8.

At all times, Plaintiff obeyed the Rules of the Road of the State of Georgia.

9.

As a direct and proximate result of Defendant's negligence, Plaintiff sustained permanent injuries for which the Defendant is liable.

10.

After, during, and immediately before the wreck, Plaintiff experienced shock, fright, terror, pain, and suffering.

**EXHIBIT A**

## COUNT ONE

### (Liability of Defendant for Negligence)

11.

Paragraphs 1-10 above are incorporated herein as if fully set forth.

12.

Defendant owed a duty of care to the motoring public in general, and to Plaintiff in particular, to operate his vehicle in a reasonable and prudent manner.

13.

Defendant breached his duty to exercise reasonable care in a number ways, including, but not limited to:

a) Failing to exercise ordinary care under the circumstances;

b) Failing to observe a traffic signal;

c) Failing to keep a proper lookout;

d) Failing to observe traffic and keep his vehicle under control; and

e) Failing to avoid colliding with any other vehicle on the roadway.

14.

## DAMAGES

15.

All of the damages sustained by the Plaintiff were proximately caused by the tortious acts and omissions of the Defendant, for which he is liable.

16.

As a direct and proximate result of the collision caused by the negligence of the Defendant, Plaintiff sustained, and is entitled to compensation for, past and future:

[3]

EXHIBIT A

a) economic damages;
b) noneconomic damages;
c) medical expenses;
d) lost wages;
e) diminished earning capacity;
f) pain and suffering;
g) shock, fright, and inconvenience;
h) diminished quality of life;
i) general damages; and,
j) punitive damages

in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for the following relief:

a) That summons issue requiring the Defendant to appear as provided by law to answer this Complaint;
b) That the Plaintiff have a trial by jury;
c) That the Plaintiff have and recover all compensatory and punitive damages to which he is entitled to recover under Georgia law;
d) That all costs be cast against the Defendant; and
e) For such other and further relief as this Court shall deem just and appropriate.

This 27th day of September 2021.

Respectfully submitted,

*/s/ Stephen T. Geist*
Stephen T. Geist, Esq.
**Attorney for Plaintiff**
State Bar No. 781166

**ATTORNEY CHRIS BREAULT, P.C.**
1242 Broadway
Columbus, GA
Phone: (404) 438-4357
Fax: (404) 438-4357
E: stepehen@attorneychris.com
E: chris@attorneychris.com

[4]

EXHIBIT A